**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:15-CV-838-JHM-CHL**

**JOE MUELLER,**                                                                              **Plaintiff,**

**v.**

**84 LUMBER COMPANY, LIMITED PARTNERSHIP,**                          **Defendant.**

<u>**MEMORANDUM OPINION AND ORDER**</u>

Defendant 84 Lumber Company, Limited Partnership ("Defendant") has filed a motion for leave to file a third-party complaint (DN 13).  Plaintiff Joe Mueller ("Plaintiff") has not filed a response.  *See* LR 7.1(c) ("Failure to timely respond to a motion may be grounds for granting the motion.").  The motion is ripe for review.

Pursuant to Rule 14 of the Federal Rules of Civil Procedure, a defendant "may, as a third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it."  Fed. R. Civ. P. 14(a)(1).  A defendant must move for leave of court to file a third-party complaint if more than 14 days have elapsed since the defendant served its answer.  *Id.*  As more than 14 days have elapsed since Defendant filed its answer to Plaintiff's complaint in state court, Defendant has sought the Court's permission to file a third-party complaint.

Defendant seeks to file a third-party complaint against BLS Trucking Company ("BLS Trucking"), Plaintiff's alleged employer at the time of the incident that underlies this case. Defendant avers that its third-party complaint arises from the subject matter of this action and that BLS Trucking may be liable for all or part of the claims made by Plaintiff against Defendant.  (*See* DN 13.)  Defendant has filed a proposed third-party complaint and summons.

(DN 13-1, 13-3.)  The Court has reviewed the proposed third-party complaint and finds that it is proper under Rule 14.   Defendant clearly alleges that BLS Trucking is liable for the claims asserted by Plaintiff against Defendant.   (*See generally* DN 13-1.)  Plaintiff apparently does not oppose the filing of the third-party complaint.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for leave to file a third-party complaint (DN 13) is **GRANTED**.   The Clerk of Court is directed to file the proposed third-party complaint (DN 13-1) as a new docket entry and to issue summons (DN 13-3) thereon.

cc:  Counsel of record